UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUTRO SHOES, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 21-cv-07707-SI<br><br>**ORDER TO SHOW CAUSE** |

An initial case management conference is scheduled for noon on March 3, 2022. The Court advanced the conference after receiving the parties' stipulation, filed on February 24, 2022, requesting that the Court extend the January 16, 2022 joint site inspection deadline. Dkt. No. 17. The Court denied that stipulation because the parties apparently ignored the court-imposed deadline, did not seek timely relief from that deadline, and did not demonstrate good cause for doing so.

The parties' February 24, 2022 stipulation and February 28, 2022 joint case management conference statement indicate that they are exploring settlement.

The Court *sua sponte* takes judicial notice of the fact that plaintiff Brian Whitaker is a high-frequency plaintiff who resides in Los Angeles County. **Plaintiff is ORDERED TO SHOW CAUSE in writing by 3 p.m. on March 2, 2022 why, if this case does not settle, the Court should not decline to exercise supplemental jurisdiction over Whitaker's state-law Unruh Act claim for the reasons stated in *Arroyo v. Rosas*, 19 F.4th 1202 (9th Cir. 2021)**. Although that decision held that a district court erred in declining to exercise jurisdiction over an Unruh Act claim when the court had already determined the plaintiff was entitled to judgment on a parallel ADA claim, the Ninth Circuit had "little difficulty concluding that the district court did not abuse its discretion in concluding that the situation presented . . . involves 'exceptional circumstances'"

sufficient to decline supplemental jurisdiction if the issue had been raised at an earlier stage of the case. *Id*. at 1214.

**IT IS SO ORDERED**.

Dated: March 1, 2022

_____
SUSAN ILLSTON
United States District Judge

2